405 A.2d 540

Commonwealth v. Sutton, Appellant.

Submitted April 10, 1978.   Stephen Toole, for appellant;   Robert S. Bailey, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

405 A.2d 541

Commonwealth v. James H. Williams, Jr., Appellant.

Submitted March 13, 1978.   David Schaumann, for appellant;   Floyd P. Jones, Assistant District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.